# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Daniela Reyes Rivera, | No. CV-26-04861-PHX-RM |
| Petitioner, | **ORDER** |
| v. | |
| Markwayne Mullin, et al., | |
| Respondents. | |

Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention. (Doc. 1.)  The Court ordered Respondents to answer the Petition. (Doc. 3.) Respondents filed a response stating:

> Respondents do not oppose the habeas petition or the requested relief of release from custody.

(Doc. 7.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to her request for release from custody.

**IT IS ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

**IT IS FURTHER ORDERED** Respondent must immediately release Petitioner from custody under the same conditions that existed before her detention.

. . . .

. . . .

. . . .

**IT IS FURTHER ORDERED** Respondent must provide a notice of compliance within **two (2) days** of Petitioner's release.

**IT IS FURTHER ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 23rd day of July, 2026.

_____

Honorable Rosemary Márquez
United States District Judge