**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jennifer Daniela Reyes Rivera, | No.   CV-26-04861-PHX-RM |
| Petitioner, | |
| v. | **ORDER** |
| Markwayne Mullin, et al., | |
| Respondents. | |

On July 23, 2026, the Court entered judgment in Petitioner's favor in this 28 U.S.C. § 2241 action and directed Respondents (on their concession) to immediately release Petitioner from immigration custody under the same conditions that existed prior to her detention.[1] (Doc. 8.)  On July 23, 2026, Petitioner filed a Motion to Enforce, indicating that she was released with an additional condition that did not exist prior to her detention, specifically, electronic location monitoring via ankle monitor. (Doc. 10.)

. . . .

. . . .

. . . .

. . . .

---

[1] The Court notes that although it ordered Respondents to file a Notice of Compliance within two days of Petitioner's release, Respondents never filed any such Notice. The need to file a Notice of Compliance is now obviated by Petitioner's Motion to Enforce, in which Petitioner makes clear that she has been released. (Doc. 10.) However, the Court warns Respondents that any continued failure to timely file required notices may result in the imposition of sanctions.

**IT IS ORDERED** Respondents must file a response to Petitioner's Motion to Enforce no later than **August 3, 2026**. The response must provide documentary evidence establishing the conditions imposed on Petitioner prior to her detention, and establishing which conditions are now imposed on Petitioner.

Dated this 29th day of July, 2026.

_____
Honorable Rosemary Márquez
United States District Judge